**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.　2:26-cr-20247-1 TLP**

**HARRISON WALKER,**

**FINDING OF PROBABLE CAUSE**

On the evidence presented at the preliminary examination, I find that there is probable cause to believe that the offenses charged in Title 18 U.S.C. § 111(a)(1) have been committed and that the defendant committed them.　It is therefore,

**ORDERED** that **HARRISON WALKER** is held to answer in the Western District of Tennessee where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis, Tennessee on 15th day of June, 2026.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant